IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RONALD B. DIGGS, IV, | : | BKCY NO. 16-23300-GLT |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, the CITY AND SCHOOL DISTRICT OF PITTSBURGH, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Jeffrey R. Hunt, Esquire
GOEHRING, RUTTER & BOEHM
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
TEL: (412)281-0587
FAX: (412)281-6570

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that the City and School District of Pittsburgh intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it its or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

GOEHRING, RUTTER & BOEHM,

Dated: 10/31/2016

/s/ Jeffrey R. Hunt  
Jeffrey R. Hunt, Esquire  
Pa. I.D. #90342  
Frick Building  
437 Grant Street, 14th Floor  
Pittsburgh, PA 15219-6107  
(412)281-0587  
Attorney for Jordan Tax Service, Inc.  
jhunt@grblaw.com

1714019.1.CN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RONALD B. DIGGS, IV, | : | BKCY NO. 16-23300-GLT |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |

### DECLARATION IN LIEU OF AFFIDAVIT

    I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

                      GOEHRING, RUTTER & BOEHM,

                      /s/ Jeffrey R. Hunt_____
                      Jeffrey R. Hunt, Esquire
                      Pa. I.D. #90342
                      Frick Building
                      437 Grant Street, 14th Floor
                      Pittsburgh, PA 15219-6107
                      (412)281-0587
                      Attorney for Jordan Tax Service, Inc.
                      jhunt@grblaw.com

1714019.1.CN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RONALD B. DIGGS, IV, | : | BKCY NO. 16-23300-GLT |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |

**<u>CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO PARTIES IN INTEREST</u>**

Paul William Bercik, Esquire
310 Grant Street
Suite 2330
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

GOEHRING, RUTTER & BOEHM,

/s/ Jeffrey R. Hunt_____
Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Jordan Tax Service, Inc.
jhunt@grblaw.com