FILED
11/23/16 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Diggs IV_____  JAD/TPA/CMB/(GLT)
Date of Meeting: 11/7/16
Case Number: 16-23300  Recording # 13
Debtor(s) present ✓ or Not Present ___ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) __Bercik_____ (Present ✓ or Not Present ___)
Date of Plan at § 341: 9/29/16   Applicable commitment period ___ 3 yrs ✓ 5 yrs

O'Malley for PA Dept of Revenue

Debtor has DSO obligation imposed post-petition; DSO form provided for completion

Personal & for Diggs Trucking 2011, 2012, 2013, 2014 & 2015 returns unfiled for federal & state

Debtor has truck company - 2 trucks
Dump truck
2 1999 => ~30,000

Need liquidation analysis

Too much to deal with - decided to reschedule to 2nd meeting to take another look at case. After certain payments are remitting

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
✓ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to: __date__
   ✓ 341 Meeting ___ OR ___ Confirmation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee