**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−23300−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Ronald B. Diggs IV
   329 Lennox Avenue
   Pittsburgh, PA 15235

Social Security No.:
   xxx−xx−9363

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul William Bercik<br>310 Grant Street<br>Suite 2330<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−2587 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 9, 2017<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 9, 2017<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/23/16

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald B. Diggs  
    Debtor

Case No. 16-23300-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 2     Date Rcvd: Nov 23, 2016  
                     Form ID: rsc13    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.

```
db          +Ronald B. Diggs, IV,    329 Lennox Avenue,    Pittsburgh, PA 15235-4408
cr          +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
              c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
              Pittsburgh, PA 15235-4441
14284184    +Adam H. Davis, Esquire,    Phelan Hallinan Diamond & Jones, LLP,
              1617 JFK Boulevard, Suite 1400,    One Penn Plaza,    Philadelphia, PA 19103-1823
14284194    +Allegheny County,    436 Grant Street,    Room 108,    Pittsburgh, PA 15219-2497
14284182    +Borough of Wilkinsburg,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14314898    +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14284195    +City of Duquesne,    12 South Second St.,    Duquesne, PA 15110-1148
14284189    +City of Pittsburgh,    414 Grant Street,    Pittsburgh, PA 15219,    Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
14314937    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14284197    +Emmanuel J. Argentieri, Esquire,    Roman Garubo & Argentieri,    52 Newton Avenue,
              P.O. Box 456,    Woodbury, NJ 08096-7456
14284190    +Jordan Tax Services,    102 Rahway Road,    McMurray, PA 15317-3349
14284196    +Mon Valley Petroleum,    5515 West Smithfield,    McKeesport, PA 15135-1261
14284187    +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14311730    +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14311762    +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14284188    +US Bank, NA as Trustee for,    Truman 2013 SC4 Title Trust,
              c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14284193    +Wells Fargo Bank, NA,    4101 Wiseman Road,    San Antonio, TX 78251-4200
14284183    +Wilkinsburg School District,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 24 2016 02:01:09     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14284181     E-mail/Text: bankruptcy.bnc@ditech.com Nov 24 2016 02:00:53     Ditech Financial LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
14284192     E-mail/Text: bankruptcy.bnc@ditech.com Nov 24 2016 02:00:53     Green Tree Servicing,
              PO Box 6172,    Rapid City, SD 57709-6172
14284186    +E-mail/Text: cio.bncmail@irs.gov Nov 24 2016 02:00:47     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
14284191    +Fax: 407-737-5634 Nov 24 2016 03:21:09     Ocwen Loan Servicing, LLC,
              1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
14284185     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 24 2016 02:01:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              Ditech Financial LLC
cr              Duquesne Light Company
cr              Pa Dept of Revenue
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
14298043*       Pennsylvania Department of Revenue,    Bankruptcy Division   PO Box 280946,
                 Harrisburg PA  17128-0946
                                                                                TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: amaz              Page 2 of 2               Date Rcvd: Nov 23, 2016
                              Form ID: rsc13          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:

              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Joseph Jasper Swartz    on behalf of Creditor    Pa Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10