MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **DIGGS IV** _____ JAD/TPA/CMB/**(GLT)**
Date of Meeting: **1/9/17**
Case Number: **16-23300** Recording # **01**
Debtor(s) present **✓** or Not Present ___ (___No Payments Made or **✓** partial payments)
Attorney for debtor(s) **BERCIK** _____ (Present **✓** or Not Present ___)
Date of Plan at § 341: **9/29/16** Applicable commitment period ___ 3 yrs ___ 5 yrs

Still working on outstanding tax returns. Cannot close 341 mtg or confirm final at this time.

Debtor to appear ✓

FILED 2017 JAN 13 A 9:37 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

_____ Meeting HELD and CONCLUDED
**X** Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD            _____ Order to Show Cause Requested
                                   _____ To be rescheduled by Clerk

**X** Confirmation Order recommended _____ Final **X** Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**X** Continued to:
      _____ 341 Meeting  OR  **X** Conciliation Conf. OR ___ *Contested Hearing
On **3/9/17** at **3:30** am/**pm** Location **3250**

_____
Chapter 13 Trustee/Attorney for Trustee