Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald B. Diggs IV** | : | Case No. 16−23300−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| U.S. Bank National Association, et al | : | |
| *Movant,* | : | |
| | : | Related to Claim No. N/A |
| v. | : | |
| Ronald B. Diggs IV and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

　　　　**AND NOW**, this **18th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank National Association, et al* at Claim No. N/A in the above−captioned bankruptcy case,

　　　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

　　(1)　an *AMENDED CHAPTER 13 PLAN;*

　　(2)　a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

　　(3)　an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23300-GLT
Ronald B. Diggs                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Jan 18, 2017
                              Form ID: 237            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db             +Ronald B. Diggs, IV,   329 Lennox Avenue,   Pittsburgh, PA 15235-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net
              Joseph Jasper Swartz    on behalf of Creditor    Pa Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com, pwilliambercik@yahoo.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12