## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** RONALD B. DIGGS
- **Case Number:** 16-23300-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 09, 2017  03:30 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#16 - Final Confirmation of Plan Dated 9-29-16 (NFC)
#28 - Objection by PA Dept. of Revenue
#53 - Objection by Allegheny County
#55 - Objection by Wilkinsburg S.D. and Borough
#56 - Objection by Ditech Financial, LLC
R / M #: 16 / 0

RECEIVED 2017 MAR 13 A 7:32 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

**Appearances:**

Debtor: Bercik
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

Wambrodt — Ditech
Cerce — Wilkinsburg
Preville — Alleg Co.

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 4/7/16.
   Objections are due on or before 4/28/17.
   A hearing on the Amended Plan is set for 6/29/17 at 11:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/1/2017    3:58:12PM