IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RONALD B. DIGGS, | : | |
| | : | DOCKET NO.: 16-23300-GLT |
| <u>              DEBTOR         </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | 341 HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| RONALD B. DIGGS, | : | |
| | : | RELATED TO DOCKET NO.: <u>67</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on April 24, 2017, by:

**16-23300-GLT Notice will be electronically mailed to:**

Peter J. Ashcroft at pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com, pashcroft@ecf.courtdrive.com, pghecf@bernsteinlaw.com, cabbott@ecf.courtdrive.com

Paul William Bercik at pwilliambercik@cs.com, pwilliambercik@yahoo.com

Jennifer L. Cerce at jlc@mbm-law.net

Joshua I. Goldman at bkgroup@kmllawgroup.com

Mario J. Hanyon at pawb@fedphe.com

Jeffrey R. Hunt at jhunt@grblaw.com, cnoroski@grblaw.com

Jill Locnikar at jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov, deborah.verrilla@usdoj.gov

United States Trustee at USTPRegion03.pi.ecf@usdoj.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

James Warmbrodt at bkgroup@kmllawgroup.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

James R. Wood at jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

**16-23300-GLT Notice will not be electronically mailed to:**

EXECUTED ON:  April 26, 2017

                Respectfully submitted by,

By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      JoseSwartz@pa.gov