IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD B. DIGGS IV, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | No. 16-23300-GLT |
| ************************************ | ) | |
| RONALD B. DIGGS IV, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Movant, | ) | |
| | ) | |
| Respondents. | ) | |

## LOSS MITIGATION FINAL REPORT AND PORTAL ACCOUNT HISTORY

Debtor Ronald Diggs, by and through his counsel, P. William Bercik, files his Loss Mitigation Final Report and Portal Account History, as follows:

1. Debtor filed a Motion for Loss Mitigation on or about October 24, 2016.

2. A Loss Mitigation Order was Entered on March 23, 2016.

3. The required portal entries could not be accurately completed due to the complex nature of the claims against Debtor's other properties.

4. Because the portal documents were not completed, there is no portal account history.

5. No exchanges occurred on the LMP Portal.

Respectfully submitted,

/s/ P. William Bercik
P. William Bercik
Counsel for Debtor, Ronald B. Diggs IV.

310 Grant Street, Suite 2330
Pittsburgh, PA 15219

(412) 471-2587

Pa. ID No. 59174

(412) 471-2587

AND NOW, this_____ day of _____, 2016, upon consideration of Debtor Ronald B. Diggs IV Motion to Extend Time, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion is Granted and that Debtor shall file his completed Schedules, Statement of Financial Affairs, Means Test, Chapter 13 Plan and all other required documents to complete his Petition or before September 29, 2016.

BY THE COURT:

_____
UNITED STATES BANKRUPCTY JUDGE