# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** RONALD B. DIGGS
- **Case Number:** 16-23300-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 29, 2017 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*RECEIVED 2017 JUN 29 — CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

### *Matter:*

#61 - Amended Plan Dated 4-7-17 (NFC)
#64 - Objection by I.R.S.
#67 - Objection by PA Dept. of Revenue
R/M #: 61 / 0

*[handwritten: Unfiled tax returns State & Federal 2012 - 2016]*

### *Appearances:*

- **Debtor:** Bercik
- **Trustee:** Winnecour / Bedford / Pail / Katz
- **Creditor:** Chatham for PA Dept of Rev

*[handwritten: Diggs trucking corp tax returns 2015-2016; Employer Payroll 3rd Q 2009 - present]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **10/5/17** at **2:30 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Trustee needs copy of 1040s & Business returns]*

6/22/2017  11:18:46AM