# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** RONALD B. DIGGS
- **Case Number:** 16-23300-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 05, 2017 02:30 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#61 - Continued Confirmation of Plan Dated 4/7/2017 (NFC)
R / M #: 61 / 0

### Appearances:

- Debtor: Berah
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor: Lockniller for IRS

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11/1/17 at 9:00 Am
10. ✓ Other:

As the result of indicated payment or other defaults, Plan is contested on **feasibility** or **good faith** grounds. Trustee **also requests that the case be dismissed** because of defaults.

*Handwritten notes (right margin):*

IRS owed 318K total
≈ 50K secured
≈ 35K priority

Missing 1040s 2012 – 2015
& 1040 for 2016

Plan Arrears
$11,044
Thru 9/17

Last payment was posted 5/23/17