IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No. 16-23300-GLT
: Chapter 13
RONALD B. DIGGS, :
: Related to Dkt. No. 61
*Debtor.* :
: Hearing: 11/22/17

**FILED**

NOV 02 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## ORDER

This matter came before the Court upon the confirmation of the Debtor's *Chapter 13 Plan dated April 7, 2017* [Dkt. No. 61]. After a hearing on November 1, 2017 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **November 11, 2017**, the Debtor shall submit proof that he has paid $6,000 toward his plan arrearage to the chapter 13 trustee pursuant to his attorney's representation at the November 1 hearing.

2. On or before **November 15, 2017**, the Debtor shall submit proof that the Internal Revenue Service received his 2012 and 2013 federal income-tax returns and the Pennsylvania Department of Revenue received all his outstanding state income-tax returns from 2012 to the present.

3. On or before **November 15, 2017**, the Debtor shall submit all outstanding monthly operating reports to the chapter 13 trustee.

4. If the Debtor does not timely comply with the items in ¶¶ 1–3, the Court shall dismiss the case without prejudice and without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee, the Internal Revenue Service, or the Pennsylvania Department of Revenue.

5. If the Debtor timely complies with the items in ¶¶ 1–3, he shall have 30 days to file an amended plan, and the Court shall schedule it for a conciliation conference.

6. The confirmation hearing on the Debtor's *Chapter 13 Plan dated April 7, 2017* [Dkt. No. 61] is continued to **November 22, 2017 at 9:00 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 to monitor the Debtor's progress and payment history.

7. On or before **November 5, 2017**, the Debtor shall serve a copy of this *Order* on the mailing matrix and file a Certificate of Service.

Dated: November 2, 2017

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Debtor's counsel
Chapter 13 trustee
U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23300-GLT
Ronald B. Diggs                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Nov 02, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
db            +Ronald B. Diggs, IV,    329 Lennox Avenue,    Pittsburgh, PA 15235-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
          Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al. bk@romanogarubo.com
          James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor   Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net
          Jill Locnikar    on behalf of Creditor   United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Joseph Jasper Swartz    on behalf of Creditor   Pa Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
          Joshua I. Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com, pwilliambercik@yahoo.com
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al. thomas.song@phelanhallinan.com
                                                                                             TOTAL: 15