IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald B. Diggs IV, | : | Bankruptcy No. 16-23300-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No.  78 |

## CERTIFICATE OF SERVICE OF MONTHLY OPERATING REPORTS

I certify under penalty of perjury that I served Chapter 13 Monthly Operating Reports for January 2017 through October 2017 on the parties at the addresses specified below or on the attached list on November 15, 2017:

Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and electronic mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 11/15/2017

By:   /s/ P. William Bercik_____
Signature
P. William Bercik  _____
Typed Name
310 Grant Street, Suite 2330, Pittsburgh, PA 15219         ___
Address
(412) 471-2587                           _____
Phone No.
Pa. ID No. 59174          _____
List Bar I.D. and State of Admission

Email: pwilliambercik@cs.com

**PAWB Local Form 7 (07/13)**