Case 16-23300-GLT    Doc 86    Filed 11/27/17    Entered 11/27/17 10:52:20    Desc Main
Document    Page 1 of 1

FILED
11/27/17 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                          :     Case No.:    16-23300-GLT
                               :     Chapter:     13

Ronald B. Diggs            :
                               :
                               :     Date:        11/22/2017
           *Debtor(s).*      :     Time:        09:00

## PROCEEDING MEMO

**MATTER:**     #61 - Continued Confirmation of Chapter 13 Plan Dated 4-7-17 (NFC)
                     #64 - Objection by USA, I.R.S.
                     #67 - Objection by Com. of PA, Dept of Revenue
                     #83 - Documentary Proof of Payment

**APPEARANCES:**
                   Debtor:       Paul William Bercik
                   Trustee:      Jana Pail
                   I.R.S.:        Jill Locnikar

**NOTES:**

Locnikar: The 2012 and 2013 1040s still have not been received.

Bercik: The 2012 return was filed in paper form, and the client forwarded a $6,000 cashier's check to the trustee on November 11, 2017. Client lost his job, but now is self-employed and his business is doing well.

Pail: Payment has not yet appeared.

**OUTCOME:**

1. The case is dismissed without prejudice. (CT to prepare.)

2. If a motion to reconsider is filed in 14 days, the Court will reconsider its ruling if the payment to the trustee and the filing of the 2012 and 2013 income-tax returns are confirmed. (Text Order to issue.)

**DATED:** 11/22/2017