Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald B. Diggs IV** | : | Case No. 16−23300−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 61 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **27th day of November, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) If a motion to reconsider dismissal of this case is filed on or before December 11, 2017, the Court will reconsider its ruling if the payment to the Chapter 13 Trustee and the filing of the 2012 and 2013 income−tax returns are confirmed.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23300-GLT
Ronald B. Diggs                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2            Date Rcvd: Nov 27, 2017
                              Form ID: 309            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
```
db            +Ronald B. Diggs, IV,    329 Lennox Avenue,    Pittsburgh, PA 15235-4408
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
               U.S. Post Office & Courthouse,    700 Grant Street, susite 4000,    Pittsburgh, PA  15219,
               U.S.A. 15219-1906
cr            +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
               c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
               Pittsburgh, PA 15235-4441
14284184      +Adam H. Davis, Esquire,    Phelan Hallinan Diamond & Jones, LLP,
               1617 JFK Boulevard, Suite 1400,    One Penn Plaza,    Philadelphia, PA 19103-1823
14284194      +Allegheny County,    436 Grant Street,    Room 108,    Pittsburgh, PA 15219-2497
14284182      +Borough of Wilkinsburg,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14314898      +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14284195      +City of Duquesne,    12 South Second St.,    Duquesne, PA 15110-1148
14284189      +City of Pittsburgh,    414 Grant Street,    Pittsburgh, PA 15219,    Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
14314937      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14284197      +Emmanuel J. Argentieri, Esquire,    Roman Garubo & Argentieri,    52 Newton Avenue,
               P.O. Box 456,    Woodbury, NJ 08096-7456
14284190      +Jordan Tax Services,    102 Rahway Road,    McMurray, PA 15317-3349
14284196      +Mon Valley Petroleum,    5515 West Smithfield,    McKeesport, PA 15135-1261
14284187      +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14311730      +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14311762      +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14284188      +US Bank, NA as Trustee for,    Truman 2013 SC4 Title Trust,
               c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14284193      +Wells Fargo Bank, NA,    4101 Wiseman Road,    San Antonio, TX 78251-4200
14284183      +Wilkinsburg School District,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14284181       E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2017 00:59:57     Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
14360088       E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2017 00:59:57
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14345556      +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2017 01:01:09     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14284192       E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2017 00:59:57     Green Tree Servicing,
               PO Box 6172,    Rapid City, SD 57709-6172
14284186      +EDI: IRS.COM Nov 28 2017 00:48:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
14284191      +Fax: 407-737-5634 Nov 28 2017 01:39:36      Ocwen Loan Servicing, LLC,
               1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
14284185       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:00:17
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and School District of Pittsburgh
cr             Ditech Financial LLC
cr             Duquesne Light Company
cr             Pa Dept of Revenue
cr             U.S. Bank National Association, As Trustee et. al.
cr*           +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14298043*      Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
                                                                                TOTALS: 6, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: ctak                  Page 2 of 2                   Date Rcvd: Nov 27, 2017
                               Form ID: 309                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

```
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. bk@romanogarubo.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Joseph Jasper Swartz    on behalf of Creditor    Pa Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul William Bercik    on behalf of Debtor Ronald B. Diggs, IV pwilliambercik@cs.com,
               pwilliambercik@yahoo.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 15
```