SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *     UC

   2. *Case Administrator*

FROM:  *Financial Administrator*

DATE:  2/12/2018

CASE NAME:  Donald B. Diggs IV

CASE NUMBER:  16-23300-GLT

---

Check Number 1066933 in the amount of $ 4022.54 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number:  13767       Intake Clerk's Initials _____

---

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/06/2018

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: RONALD B. DIGGS IV

Case No: 16-23300GLT

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Us Bank Na - Legal Title Trustee For Truman 2013 Sc4 Title Trust
C/O Rushmore Loan Mgmnt Svcs
Po Box 52708
Irvine,CA 92619

CHECK NUMBER 1066933      AMOUNT $4022.54

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:P WILLIAM BERCIK ESQ*
RONALD B. DIGGS IV

Us Bank Na - Legal Title Trustee For Truman 2013
Sc4 Title Trust