**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RONALD B. DIGGS IV | Case No.:16-23300 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/05/2016 and confirmed on 01/13/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,108.29 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,108.29 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,116.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,116.49 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA - LEGAL TITLE TRUSTEE FOR<br>    Acct: 7400 | 0.00 | 7,905.53 | 0.00 | 7,905.53 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 9363 | 49,978.73 | 2,522.83 | 1,314.63 | 3,837.46 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 9363 | 1,259.91 | 0.00 | 0.00 | 0.00 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 5339 | 0.00 | 4,776.35 | 0.00 | 4,776.35 |
|   WELLS FARGO BANK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   OCWEN LOAN SERVICING LLC(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - LEGAL TITLE TRUSTEE FOR<br>    Acct: 7400 | 68,260.02 | 552.48 | 0.00 | 552.48 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 5339 | 24,216.07 | 1,526.43 | 0.00 | 1,526.43 |
|   US BANK NA - LEGAL TITLE TRUSTEE FOR<br>    Acct: 7400 | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-23300 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | PENN HILLS SD (PENN HILLS MUN) (RE)<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: M202 | 6,930.84 | 218.84 | 456.28 | 675.12 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: R231 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF PITTSBURGH (RE)*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: S275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF DUQUESNE - R/E TAX<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 5G93 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PITTSBURGH WATER & SEWER AUTH*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY COUNTY HEALTH DEPARTME<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MON VALLEY PETROLEUM++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 4420 | 290.59 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 4420 | 351.06 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 3840 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SEWAGE(*)<br>Acct: 3840 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: R231 | 1,665.99 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: M202 | 2,855.19 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: M202 | 6,395.53 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: M202 | 2,691.92 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: M202 | 11,039.89 | 695.89 | 0.00 | 695.89 |
| | WILKINSBURG BOROUGH (TRASH)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILKINSBURG BOROUGH (RE)<br>Acct: K114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: L262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: S280 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF PITTSBURGH (RE-LIBRARY)<br>Acct: S275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF PITTSBURGH (RE-LIBRARY)<br>Acct: S280 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: S280 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-23300 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| Acct: L262 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,224.68 | 0.00 | 0.00 | 0.00 |
| Acct: M202 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 2,297.60 | 0.00 | 0.00 | 0.00 |
| Acct: M202 | | | | |
| | | | | 19,969.26 |
| **Priority** | | | | |
| P WILLIAM BERCIK ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD B. DIGGS IV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF P WILLIAM BERCIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 23,933.59 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,964.35 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| CLERK, U S BANKRUPTCY COURT | 4,022.54 | 4,022.54 | 0.00 | 4,022.54 |
| Acct: XXXXXXK NA | | | | |
| | | | | 4,022.54 |
| **Unsecured** | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7400 | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1262 | | | | |
| MINNIE DIGGS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDLY EDWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,131.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| INTERNAL REVENUE SERVICE* | 233,406.03 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 2,297.16 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                              23,991.80

```
TOTAL CLAIMED
  PRIORITY              30,920.48
  SECURED              179,458.02
  UNSECURED            236.834.64
```

Date: 02/20/2018                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com